UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW FRONTIER INVESTMENT AG, et al.,<br><br>Petitioners,<br><br>v.<br><br>BITCENTER, INC.,<br><br>Respondent. | Case No. 23-mc-80154-PHK<br><br>**ORDER GRANTING RESPONDENT BITCENTER, INC.'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE OPPOSITION AND REPLY**<br><br>Re: Dkt. No. 9 |

On May 26, 2023, New Frontier Investment AG and New Frontier Holding GmbH ("Petitioners") filed an application to partially vacate an award against them in favor of Respondent BitCenter, Inc., ("Respondent") pursuant to 9 U.S.C. §§ 10 and 201. [Dkt. 1 at 1]. Respondent filed the instant motion for administrative relief pursuant to Civil Local Rule 7-11 requesting the Court enlarge Respondent's time to file an Opposition to the Application. [Dkt. 9 at 1]. Respondent explains it "requires more time to file its Opposition to the Application as counsel for Respondent was travelling overseas in London last week, had a scheduled hearing this week, and will be in arbitration hearings all of the week of June 12, 2023." [Dkt. 9 at 1].

Petitioners do not oppose the instant motion, and the Parties stipulate to the following briefing schedule: (1) Respondent's Opposition to the Application will be due on or before **June 26, 2023**, and (2) Petitioners' Reply to Respondent's Opposition will be due on or before **July 18, 2023**. [Dkt. 9].

The Court **GRANTS** Respondent's unopposed motion requesting an enlargement of the time according to the Parties' stipulation. In light of the Parties' stipulated schedule, the Court re-sets the deadline for the Parties to meet and confer re ADR and file their ADR certification to on or before June 23, 2023. *See* Dkt. 3.

1  Additionally, Respondent is ordered to file with the Court a "Consent or Declination to
2  Magistrate Judge Jurisdiction" form indicating whether it consents to or declines Magistrate Judge
3  jurisdiction in this matter on or before **Friday, June 16, 2023**. *See* Dkt. 3. The form is available
4  at: https://cand.uscourts.gov/mj_consent-declination_form_10-2020/. Any party is free to withhold
5  consent to proceed before a Magistrate Judge without adverse substantive consequences. Fed. R.
6  Civ. P. 73(b)(2). Petitioners have previously consented to Magistrate Judge jurisdiction in this case.
7  [Dkt. 5]. The Court will order the Clerk to reassign this matter to a district judge if the Court does
8  not have consent of Respondent on or before **June 16, 2023**.

**IT IS SO ORDERED.**

Dated: June 13, 2023

_____
PETER H. KANG
United States Magistrate Judge